


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE J. KEOHANE, JR., et al., Plaintiffs | : : : | CIVIL ACTION |
| v. | : : : | |
| LANCASTER COUNTY, et al Defendants. | : : : : | NO. 07-3175 |

FILED
AUG 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 12th day of August, 2010, upon consideration of the "Motion for Summary Judgment of Defendants Lancaster County, Warden Vincent Guarini, Carrie McWilliams, Bonnie Bair, Troy Waltz, Robert Siemasko, Edward Sutton and Brian Weaver" (doc. no. 40), the "Motion of Robert Doe, M.D., for Summary Judgment" (doc. no. 39), Plaintiffs' responses in opposition, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

- Summary judgment is **GRANTED** as to Plaintiffs':

    - Eighth Amendment claims against all Defendants;

    - Fourteenth Amendment claims against Defendants Waltz, Bair, Guarini and Siemasko;

    - Monell claims against Lancaster County, Guarini, and Siemasko;

    - Americans with Disability Act claim against all Defendants;

    - State Survival and Wrongful Death claims against all Defendants; and

    - Punitive damages claim against Defendant Lancaster County.

- Summary judgment is **DENIED** as to Plaintiffs':

  - Fourteenth Amendment claims against Defendants McWilliams, Sutton, Weaver and Doe as well as Defendants' McWilliams, Sutton and Weaver's Qualified Immunity claims; and

  - Punitive damages claim against Defendants McWilliams, Sutton, Weaver, and Doe.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

emailed to
K. Allen
D. MacMain
J. Birk
N. Albert